UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 13 AUG 2009

Franklyn Mitchell,

    Petitioner,

v.

Colonel Dominic ORSINO, Jail Administrator, Orange County Jail at 110 Wells Farm Road, Goshen, NY, Christopher SHANAHAN, Field Office Director for the Office of Detention and Removal for U.S. Immigration and Customs Enforcement at 26 Federal Plaza, New York, NY; Wayne MULLER, Assistant Field Office Director for the Office of Detention and Removal for U.S. Immigration and Customs Enforcement at 201 Varick Street, New York, NY; Janet NAPOLITANO, Secretary of Homeland Security; Eric HOLDER, Attorney General of the United States; and the U.S. DEPARTMENT OF HOMELAND SECURITY,
Respondents

Alien No.: 041-645-944
Case No.: 09 Civ. 7029 (PGG)
Order on
PETITION FOR
WRIT OF HABEAS CORPUS

    Upon consideration of Petitioner's Application for Issuance of Order to Show Cause Pursuant to 28 U.S.C. § 2243, the Petition for Writ of Habeas Corpus and Mandamus pursuant to 28 U.S.C. § 2241 and 28 U.S.C. § 1361, accompanying declarations and exhibit, IT IS HEREBY ORDERED that:

    1.    Respondents ARE HEREBY RESTRAINED from transferring Petitioner from the jurisdiction of the Southern District of New York, pending Judge Paul A. Crotty's decision on the Order to Show Cause.

    2.    Service of this Order shall be effected by Plaintiffs on the United States Attorney for the Southern District of New York by __3:00__ am/pm on _Thursday August 13, 2009_ and shall constitute good and sufficient service.

SO ORDERED:

_[signature]_ 8/13/09
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

1